No. 80, Misc. SPANO *v.* NEW YORK. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Court of Appeals of New York granted. *Rita D. Schechter* for petitioner. *Walter E. Dillon* and *Irving Anolik* for respondent.

No. 5, Misc. BURNS *v.* OHIO. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Ohio granted. MR. JUSTICE STEWART took no part in the consideration or decision of this application. Petitioner *pro se. C. Watson Hover* for respondent.

No. 213, Misc. NAPUE *v.* ILLINOIS. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Illinois granted. *George N. Leighton* for petitioner.

No. 192. BARNARD ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Daniel L. Brenner, William S. Hogsett, J. A. Dickinson, Edward F. Arn* and *Joseph H. McDowell* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg, Robert S. Erdahl* and *Theodore G. Gilinsky* for the United States.

No. 422. PERFECT BRASSIERE Co., INC., *v.* PERFECT-FORM CORPORATION. C. A. 3d Cir. Certiorari denied. *Asher Blum* and *Milton Pollack* for petitioner. *S. Stephen Baker* for respondent.